IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| JEFFREY LUSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:15CV1622 |
| ) | |
| JONATHAN D. LOWERY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This matter comes before the Court on the Defendant's Motion to Dismiss (Dkt. No. 45), and the Proposed Findings of Fact and Recommendations (Dkt. No. 49) of Magistrate Judge Anderson entered on July 29, 2016. The parties have not filed any objections to the Report and Recommendation. Based on a de novo review of the evidence in this case, the Court adopts the findings and recommendation of Magistrate Judge Anderson. It is hereby,

ORDERED that the Defendant's Motion to Dismiss is GRANTED, and this case is DISMISSED as to Defendant Jonathan D. Lowery pursuant to F.R. Civ. P. 41(b).

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
August 15, 2016